H.G. LONG, ESQ. (SBN 127735)
H.G. LONG & ASSOCIATES
474 West Orange Show Road
San Bernardino, California 92408

Tel: (909) 332-6200

Attorneys for Defendant, GRIFFIN RESIDENTIAL

# UNITED STATES DISTRICT COURT
## OF THE CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOSEPH A. GAYTAN and ANITA SHELINE GAYTEN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC, ASSET-BACKED CERTIFICATES, SERIES 2006-15, and GRIFFIN RESIDENTIAL; and LAW OFFICES OF LES ZIEVE; and RICK MROCZEK, <br><br> Defendants. | CASE NO. CV16-02421-BRO(JEMX) <br><br> DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT <br><br> DATE: September 12, 2016 <br> TIME: 1:30pm <br> CTRM: 14 |

TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD, AND TO PLAINTIFFS, JOSEPH A. GAYTAN AND ANITA SHELINE GAYTEN:

Defendant, GRIFFIN RESIDENTIAL, hereby requests the court to take judicial notice of the following documents and of their legal effect in support of its motion to dismiss filed concurrently herewith:

1. Trustee's Deed Upon Sale, a copy of which is attached hereto as Exhibit "A";

1

2. Complaint for Unlawful Detainer, a copy of which is attached hereto as Exhibit "B"; and

3. Answer to Complaint for Unlawful Detainer, a copy of which is attached hereto as Exhibit "C".

DATED: July 14, 2016

                            H.G. LONG & ASSOCIATES

                            BY: _____
                            H.G. LONG, ESQ.
                            Attorney for Defendant,
                            GRIFFIN RESIDENTIAL

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF SAN BERNARDINO

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is 474 West Orange Show Road, San Bernardino, California 92408. The matters contained in this declaration are known to me personally and if called upon to testify as to such matters under oath in a court of law, I could and would do so competently.

On July 26, 2016, I served the attached DEFENDANT'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT on the PLAINTIFFS in said action by placing a true copy thereof enclosed in a sealed envelope with first class mail prepaid postage thereon, under the supervision of the attorney of record for Defendant, and by placing it in the United States Mail at San Bernardino, California, addressed to:

Joseph A. Gaytan
Anita Sheline Gaytan
11850 Maple Street
Whittier, California 90601

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Bernardino, California on July 26, 2016.

_____
S McClure

3

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS COMPLAINT