ZIEVE, BRODNAX & STEELE, LLP
John C. Steele, Bar No. 179875
Avi N. Phillips, Bar No. 275769
30 Corporate Park, Suite 450
Irvine, CA  92606
Telephone:  (714) 848-7920
Fax:  (714) 908-2615

Attorneys for Defendants, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15; LAW OFFICES OF LES ZIEVE; AND RICK MROCZEK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| JOSEPH A GAYTAN and ANITA SHELINE GAYTAN,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15 and GRIFFIN RESIDENTIAL and LAW OFFICES OF LES ZIEVE and RICK MROCZEK,<br><br>Defendants. | Case No.:   2:16-cv-02421<br>Date Action filed:   April 8, 2016<br><br>*Assigned for All Purposes to:*<br>Hon. Beverly Reid O'Connell<br>Courtroom 14<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS THE BANK OF NEW YORK MELLON, LAW OFFICES OF LES ZIEVE, AND RICK MROCZEK'S MOTION TO DISMISS PLAINTIFFS COMPLAINT**<br><br>Date:  September 19, 2016<br>Time:  1:30 p.m.<br>Dept:  14<br><br>Trial Date:  None |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 201 of the *Federal Rules of Evidence*, Defendants The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-15, Law Offices of Lez Zieve, and Rick Mroczek (collectively "Defendants") respectfully request that the Court take judicial notice of the following documents in support of their Motion to Dismiss Plaintiffs' Complaint.

The documents are not subject to reasonable dispute since they are generally known within the Court's jurisdiction and can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned, namely the Official Records of Los Angeles County. The documents relate to Plaintiffs' real property located at 11850 Maple Street, Whittier, CA 90601 ("Subject Property") and a $360,000 loan Plaintiffs obtained from Defendants' predecessor in interest.

| Exhibit | Document |
|---|---|
| A. | A Deed of Trust recorded on August 1, 2006 as Document No. 06-1700977 in the Official Records of Los Angeles County |
| B. | An Assignment of Deed of Trust recorded on August 29, 2011 as Document No. 20111167336 in the Official Records of Los Angeles County. |
| C. | A Notice of Default and Election to Sell under Deed of Trust recorded on September 14, 2011, as document number 20111248678 in the Official Records of Los Angeles County. |
| D. | A Notice of Trustee's Sale recorded on December 19, 2011, as document number 20111714128 in the Official Records of Los Angeles County. |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

| | | |
|---|---|---|
| E. | A Notice of Default and Election to Sell under Deed of Trust recorded on June 24, 2014, as document number 20140649589 in the Official Records of Los Angeles County. |
| F. | A Notice of Trustee's Sale recorded on October 24, 2014, as document number 20141128029 in the Official Records of Los Angeles County. |
| G. | A Substitution of Trustee recorded on November 20, 2015, as document number 20151459261 in the Official Records of Los Angeles County. |
| H. | A Notice of Trustee's Sale recorded on November 20, 2015, as document number 20151459262 in the Official Records of Los Angeles County. |
| I. | A Trustee's Deed Upon Sale recorded on April 13, 2016, as document number 20160408588 in the Official Records of Los Angeles County. |
| J. | Docket for Voluntary Petition for Chapter 13 Bankruptcy filed on June 16, 2016 in the United States Bankruptcy Court, Central District of California, case number 2:16-bk-18034. |

DATED: August 15, 2016              ZIEVE, BRODNAX & STEELE, LLP


By: /s/ Avi Phillips
    JOHN C. STEELE, ESQ.
    AVI N. PHILLIPS, ESQ.
    Attorneys for Defendants, The Bank of New York Mellon, Law Offices of Lez Zieve, and Rick Mroczek

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by Zieve, Brodnax & Steele, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On August 16, 2016, I served the within document(s) described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS THE BANK OF NEW YORK MELLON, LAW OFFICES OF LES ZIEVE, AND RICK MROCZEK'S MOTION TO DISMISS PLAINTIFFS COMPLAINT** on the interested parties in this action:

☒    by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s)
☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Joseph A. Gaytan<br>Anita Sheline Gayton<br>11850 Maple Street<br>Whittier, CA 90601 | Tel:  (562) 533-5505<br>Fax: | *Plaintiffs in Pro Per* |

☒    **CM/ECF** (U.S. District Court, Central District of California, Local Civil Rule 5-3.3)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth below.

☒    **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒    (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2016, at Irvine, California.

  /s Courtney Liggitt  
COURTNEY LIGGITT