LINK:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 16-02421-BRO (JEMx) | Date | August 30, 2016 |
|---|---|---|---|
| Title | Joseph A. Gaytan et al v. The Bank of New York Mellon et al | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: FAILURE TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS**

Pending before the Court are Defendant Griffin Residential's Motion to Dismiss, (Dkt. No. 8), and Defendants The Bank of New York Mellon ("BNYM"), Law Offices of Les Zieve ("LOLZ"), and Rick Mroczek's Motion to Dismiss, (Dkt. No. 11). Griffin Residential filed its Motion on July 26, 2016, noticing a hearing date of September 12, 2016. (Dkt. No. 8.) BNYM, LOLZ, and Mroczek filed their Motion on August 16, 2016, noticing a hearing date of September 19, 2016. (Dkt. No. 11.)

This Court's Local Rules require an opposition to be filed twenty-one (21) days before the noticed hearing date. C.D. Cal. L.R. 7-9. Plaintiff's opposition to Griffin Residential's Motion was due on Monday, August 22, 2016. Plaintiff's opposition to BNYM, LOLZ, and Mroczek's Motion was due on Monday, August 29, 2016. As of today's date, however, Plaintiffs have not filed any opposition. Pursuant to Local Rule 7-12, the failure to file an opposition "may be deemed consent to the granting . . . of the motion." *See* C.D. Cal. L.R. 7-12.

Therefore, Plaintiffs are **ORDERED TO SHOW CAUSE** as to why the Court should not grant Defendants' Motions to Dismiss. **Both (1) Plaintiffs' response to this Order and (2) Plaintiffs' opposition to the Motions to Dismiss, if any, shall be filed by no later than Wednesday, September 7, 2016, at 4:00 p.m.** An appropriate response will include reasons demonstrating good cause for Plaintiffs' failures to timely oppose Defendants' Motions. **If Plaintiffs respond accordingly, Defendants' Replies are due by no later than Friday, September 9, 2016, at 4:00 p.m.**

IT IS SO ORDERED                                   Initials of Preparer: <u>ah</u>