# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 16-02421 BRO (JEMx) | Date | October 17, 2016 |
|---|---|---|---|
| Title | Joseph A. Gaytan, et al. v. The Bank of New York Mellon, et al. | | |

Present: The Honorable **BEVERLY REID O'CONNELL, United States District Judge**

| Cheryl Wynn | Myra Ponce | N/A |
|---|---|---|
| Relief Deputy Clerk | Court Reporter | Tape No. |

| Plaintiffs *pro se*: | Attorneys Present for Defendants: |
|---|---|
| Joseph A. Gayton | Avi H. Phillips, *telephonic* |
| Anita Sheline Gayton | Shameka Womack |

**Proceedings:** MOTION HEARING (Non-Evidentiary) (Held & Completed)

1) DEFENDANT GRIFFIN RESIDENTIAL'S MOTION TO DISMISS COMPLAINT [8] (filed 7/26/2016)
2) DEFENDANTS LAW OFFICES OF ZIEVE, MROCZEK, AND THE BANK OF NEW YORK MELLON'S MOTION TO DISMISS CASE [11] (filed 8/16/16)

Matter called. Counsel and plaintiffs *pro se* state their appearances for the record. Court questions counsel and plaintiffs as stated in court and on the record on the above motions and invites their oral arguments. Arguments are heard.

The matters are taken under submission, a written order to follow.

**IT IS SO ORDERED.**

| | : | 24 |
|---|---|---|
| | Initials of Preparer | cw |