LINK:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 16-02421-BRO (JEMx)** | Date | January 13, 2017 |
|---|---|---|---|
| Title | **JOSEPH A. GAYTAN ET AL. V. THE BANK OF NEW YORK MELLON ET AL.** | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS)

**ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE AND SETTING BRIEFING SCHEDULE RE: DEFENDANTS' MOTIONS TO DISMISS**

## I. INTRODUCTION

Pending before the Court is Defendants The Bank of New York Mellon ("BNYM"), Law Offices of Les Zieve ("LOLZ"), and Rick Mroczek's (collectively, "Defendants") Motion to Dismiss Plaintiffs' First Amended Complaint. (Dkt. No. 32 ("Motion").) BNYM, LOLZ, and Mroczek filed their Motion on November 28, 2016, noticing a hearing date of January 9, 2017. (Dkt. No. 32.) The Central District of California's Local Rules require an opposition to be filed twenty-one (21) days before the noticed hearing date. C.D. Cal. L.R. 7-9. Plaintiffs' opposition to Defendants' Motion was due on Monday, December 19, 2016. As of December 27, 2016, however, Plaintiffs had not filed any opposition. As a result, the Court issued an Order to Show Cause as to why the Court should not grant Defendants' Motions to Dismiss. (Dkt. No. 37 ("OSC" or "Order to Show Cause").) According to the OSC, both (1) Plaintiffs' response to the OSC and (2) Plaintiffs' opposition to the Motion to Dismiss, if any, were to be filed by no later than Thursday, January 5, 2017, at 4:00 p.m.

On January 9, 2017, the Court received (1) Plaintiffs' Notice of Address Change and (2) "Objection to Motion and Motion to Dismiss Plaintiffs [sic] First Amended Complaint" ("Objection"). (Filed Jan. 9, 2017, by Clerk, C.D. Cal.) The Court finds that Plaintiffs satisfactorily responded to the OSC. *See Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (recognizing that a pro se plaintiff should be treated "with great

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-02421-BRO (JEMx) | Date | January 13, 2017 |
| --- | --- | --- | --- |
| Title | JOSEPH A. GAYTAN ET AL. V. THE BANK OF NEW YORK MELLON ET AL. | | |

leniency”). Accordingly, the Court **DISCHARGES** the OSC. As discussed below, the Court **CONTINUES** the hearing to Monday, February 13, 2017, at 1:30 p.m.

## II. REQUEST FOR CONTINUANCE

In their Objection, Plaintiffs requested “more time to file [their] objection [to Defendants’ Motion to Dismiss].” The Court presumes that Plaintiffs request an extension to file their opposition to Defendants’ Motion to Dismiss, and a continuance of the hearing. The Court hereby **GRANTS** Plaintiffs’ request and sets the following briefing schedule:

| | |
| --- | --- |
| **Friday, February 3, 2017, by 4:00 p.m.** | Plaintiffs’ Opposition to Defendants’ Motion to Dismiss Due[1] |
| **Wednesday, February 8, 2017, by 4:00 p.m.** | Defendants’ Reply in Support of Defendants’ Motion to Dismiss Due |
| **Monday, February 13, 2017, at 1:30 p.m.** | Hearing if necessary |

The Court advises the parties that it is not required to hold a hearing. *See* Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15 (“The Court may dispense with oral argument on any motion except where an oral hearing is required by statute, the F. R. Civ. P. or these Local Rules.”). As such, neither Party should rely on presenting their arguments at the February 13, 2017 hearing. The Parties should include all of their arguments in their papers.

[1] The Court will not entertain any additional extensions in regard to the filing of Plaintiffs’ Oppositions. The Court reiterates that “[t]he failure to file any required document . . . may be deemed consent to the granting . . . of the motion.” C.D. Cal. L.R. 7-12. A copy of the Local Civil Rules is available at the United States District Court, Central District of California’s website: https://www.cacd.uscourts.gov/court-procedures/local-rules.

CV-90 (06/04) CIVIL MINUTES – GENERAL Page 2 of 3

**LINK:**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | **CV 16-02421-BRO (JEMx)** | Date | January 13, 2017 |
|---|---|---|---|
| Title | **JOSEPH A. GAYTAN ET AL. V. THE BANK OF NEW YORK MELLON ET AL.** | | |

Finally, the Court notes that the Federal Pro Se Clinic ("Clinic") is a resource available to pro se litigants, like Plaintiffs, to aid during the course of litigation. The Clinic in Los Angeles is located at:

The United States Courthouse
312 N. Spring Street, Room G-19, Main Street Floor
Los Angeles, CA 90012

and can be reached at (213) 385-2977, Ext. 270. The Clinic is open on Mondays, Wednesdays, and Fridays, from 9:30 a.m. – 12:00 p.m. and 2:00 p.m. – 4:00 p.m. Plaintiffs are encouraged to visit the Clinic's website (http://court.cacd.uscourts.gov/cacd/ProSe.nsf/).

The Court hereby **DISCHARGES** the Order to Show Cause and **CONTINUES** the hearings on the pending Motion to Dismiss previously set for Monday, January 23, 2017. (*See* Dkt. No. 32.) The hearing shall now be scheduled for **Monday, February 13, 2017, at 1:30 p.m.**

**IT IS SO ORDERED.**

:

Initials of Preparer rf