1  ZIEVE, BRODNAX & STEELE, LLP
2  John Steele, Bar No. 179875
   Tanya C. McCullah, Bar No. 279614
3  30 Corporate Park, Suite 450
4  Irvine, CA 92606
   Tel.: (714) 848-7920
5  Fax: (714) 908-2615

6
7  Attorneys for Defendants, THE BANK OF NEW YORK MELLON FKA THE
   BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF
8  THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-15; LAW
   OFFICES OF LES ZIEVE; AND RICK MROCZEK
9

10                      **UNITED STATES DISTRICT COURT**

11             **CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVIDSION**

12

13 | JOSEPH A GAYTAN and ANITA          | Case No.:   2:16-cv-02421
14 | SHELINE GAYTAN,                    | Date Action filed:   April 8, 2016
   |                                    |
15 |            Plaintiffs,             | *Assigned for All Purposes to:*
   |                                    | Hon. Beverly Reid O'Connell
16 | vs.                                | Courtroom 14
   |                                    |
17 | THE BANK OF NEW YORK               | **DEFENDANTS THE BANK OF
   | MELLON FKA THE BANK OF             | NEW YORK MELLON, LAW
18 | NEW YORK, AS TRUSTEE FOR           | OFFICES OF LES ZIEVE, AND
   | THE CERTIFICATEHOLDERS             | RICK MROCZEK'S REQUEST
19 | OF THE CWABS, INC., ASSET-         | TO APPEAR BY TELEPHONE
   | BACKED CERTIFICATES,               | AT THE MOTION TO DISMISS
20 | SERIES 2006-15 and                 | HEARING**
   | GRIFFIN RESIDENTIAL and            |
21 | LAW OFFICES OF LES ZIEVE           | Date:       February 13, 2017
   | and RICK MROCZEK,                  | Time:       1:30 p.m.
22 |                                    | Dept:       14
23 |            Defendants.             |
   |                                    | Trial Date:  None
24

25

26
   ///
27
   ///
28

                                    1
                     MOTION TO APPEAR TELEPHONICALLY

**TO THE ABOVE COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**COMES NOW** Defendants, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; LAW OFFICES OF LES ZIEVE; AND RICK MROCZEK ("Defendants") through its undersigned counsel, and seeks leave of Court for its counsel to attend the Motion to Dismiss ("MTD") hearing before the Honorable Judge Beverly Reid O'Connell, currently set for February 13, 2017, at 1:30 p.m. via telephone, as follows:

1. It would be unduly burdensome and costly for Defendants' counsel to travel to Los Angeles, as counsel's office is located in Irvine, California.

2. The telephonic appearance of Defendants counsel will not prejudice any party and will not hamper the efficient running of the MTD.

3. Therefore, Defendants respectfully requests leave to allow its counsel to appear at the MTD via telephone. The name of the attorney making the telephonic appearance, and the phone number where he can be reached at the scheduled time of the appearance is: Tanya C. McCullah; telephone number (714) 848-7920 ext. 323.

DATED: February 8, 2017               ZIEVE, BRODNAX & STEELE, LLP

By: /s/ Tanya McCullah_____
JOHN C. STEELE, ESQ.
TANYA C. MCCULLAH, ESQ.
Attorneys for Defendants, The Bank of New York Mellon, Law Offices of Lez Zieve, and Rick Mroczek

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by Zieve, Brodnax & Steele, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On February 8, 2017, I served the within document(s) described as: **DEFENDANTS THE BANK OF NEW YORK MELLON, LAW OFFICES OF LES ZIEVE, AND RICK MROCZEK'S REQUEST TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS HEARING** on the interested parties in this action:

☒ by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐ addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Joseph A. Gaytan<br>Anita Sheline Gayton<br>8831 Strub Avenue<br>Whittier, CA 90605 | Tel: (562) 533-5505<br>Fax: | *Plaintiffs in Pro Per* |
| U.S. District Court- Central<br>Hon. Beverly Reid O'Connell<br>312 North Spring Street,<br>Courtroom 14<br>Los Angeles, CA 90012 | Tel: (213) 894-5283 | *U.S. District Court Judge*<br><br>*Overnight Courtesy Copy* |

☒ **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒ **CM/ECF** (U.S. District Court, Central District of California, Local Civil Rule 5-3.3)— The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2017, at Irvine, California.

                                                                /s *Ellen Zhang*               
                                                               ELLEN ZHANG