1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

10

| | |
|---|---|
| 11   JOSEPH A GAYTAN and ANITA SHELINE GAYTAN, | Case No.:   2:16-cv-02421<br>Date Action filed:   April 8, 2016 |
| 12         Plaintiffs, | *Assigned for All Purposes to:*<br>Hon. Beverly Reid O'Connell |

11   JOSEPH A GAYTAN and ANITA
SHELINE GAYTAN,

12              Plaintiffs,

13

14   vs.

15   THE BANK OF NEW YORK
MELLON FKA THE BANK OF

16   NEW YORK, AS TRUSTEE FOR
THE CERTIFICATEHOLDERS

17   OF THE CWABS, INC., ASSET-
BACKED CERTIFICATES,

18   SERIES 2006-15 and
GRIFFIN RESIDENTIAL and

19   LAW OFFICES OF LES ZIEVE
and RICK MROCZEK,

20

21             Defendants.

22

23

24

Case No.:   2:16-cv-02421
Date Action filed:   April 8, 2016

*Assigned for All Purposes to:*
Hon. Beverly Reid O'Connell
Courtroom 14

**DEFENDANTS THE BANK OF
NEW YORK MELLON, LAW
OFFICES OF LES ZIEVE, AND
RICK MROCZEK'S
[PROPOSED] ORDER
GRANTING REQUEST TO
APPEAR BY TELEPHONE AT
THE MOTION TO DISMISS
HEARING**

Date:       February 13, 2017
Time:       1:30 p.m.
Dept:       14

Trial Date:  None

25
26   ///
27   ///
28   ///

Defendants THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK; LAW OFFICES OF LES ZIEVE; AND RICK MROCZEK's request to appear telephonically at the Motion to Dismiss hearing set for February 13, 2017, at 1:30 p.m. in courtroom 14 is GRANTED.

IT IS SO ORDERED.


DATED: February _____, 2017          By: _____

The Honorable Beverly Reid
O'Connell
U.S. District Court Judge

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action.  I am employed by Zieve, Brodnax & Steele, LLP, whose business address is: 30 Corporate Park, Suite 450, Irvine, CA 92606.

On February 8, 2017, I served the within document(s) described as:  **DEFENDANTS THE BANK OF NEW YORK MELLON, LAW OFFICES OF LES ZIEVE, AND RICK MROCZEK'S [PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS HEARING** on the interested parties in this action:

☒       by placing ☐ the original ☒ true copy(ies) thereof enclosed in sealed envelope(s) ☒ addressed as follows: ☐  addressed as stated on the attached mailing list.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Joseph A. Gaytan<br>Anita Sheline Gayton<br>8831 Strub Avenue<br>Whittier. CA 90605 | Tel:  (562) 533-5505<br>Fax: | *Plaintiffs in Pro Per* |
| U.S. District Court- Central<br>Hon. Beverly Reid O'Connell<br>312 North Spring Street,<br>Courtroom 14<br>Los Angeles. CA 90012 | Tel: (213) 894-5283 | *U.S. District Court Judge*<br><br>*Overnight Courtesy Copy* |

☒       **BY MAIL** (F.R.Civ.P, rule 5(b)(1); F.R.Civ.P., rule 5(b)(2)(C))—I deposited such envelope(s) for processing in the mailroom in our offices, having been address to each party's attorney(s) of record at their last known address.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California, in the ordinary course of business.

☒       **CM/ECF** (U.S. District Court, Central District of California, Local Civil Rule 5-3.3)— The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users.  All parties who are not registered, if any, were served in the manner set forth above.

☒       (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 8, 2017, at Irvine, California.

     /s Ellen Zhang_____
     ELLEN ZHANG