LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 16-02421-BRO (JEMx) | Date | February 13, 2017 |
|---|---|---|---|
| Title | Joseph A. Gaytan et al v. The Bank of New York Mellon et al | | |

| Present: The Honorable | BEVERLY REID O'CONNELL, United States District Judge |
|---|---|

| Renee A. Fisher | Myra Ponce | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Joseph A Gaytan, Pro Se<br>Anita Sheline Gaytan, Pro Se | Tanya C McCullah – Via Telephone |

**Proceedings:**   MOTION HEARING (Non-Evidentiary) (Held & Completed)

   DEFENDANTS THE BANK OF NEW YORK MELLON, LAW OFFICES OF LES ZIEVE, AND RICK MROCZEK'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS FIRST AMENDED COMPLAINT (filed 11/28/2016) [32]

   Matter called.  Counsel/the parties state their appearances for the record.  Court questions counsel/the parties as stated in court and on the record on above motion and invites counsel/the parties to present their oral arguments.  Arguments by counsel/the parties are heard.

   The matter is taken under submission, a written order to follow.

   **IT IS SO ORDERED.**

|  | 00 | : | 10 |
|---|---|---|---|
| | Initials of Preparer | | rf |